IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

BRAVA SALON SPECIALISTS, LLC,

    Plaintiff,                                  TEMPORANY RESTAINING ORDER

    v.                                                  22-cv-695-wmc

SWEDISH HAIRCARE, INC., d/b/a REF,

    Defendant.
_____

Consistent with the court's telephonic hearing on December 9, 2022, at which representatives of plaintiff and its counsel appeared and defendant was invited to but did not participate, the court ruled as follows. Plaintiff Brava Salon Specialists LLC's motion and supporting documents (dkts. ##2-5) state sufficient grounds for a temporary restraining order pending a hearing and ruling on its motion for preliminary injunction. THEREFORE, IT IS ORDERED that:

1) Defendant Swedish Haircare, Inc. d/b/a REF must immediately refer all orders for REF products originating from or seeking shipment to Wisconsin, Minnesota, Iowa and North Dakota to Brava as its exclusive distributor of REF products in that territory;

2) REF must IMMEDIATELY instruct SAYN Beauty and all other distributors of REF products in the United States to remove all product listings offering REF products direct-to-consumer from Amazon.com or any other website;

3) REF must fulfill Brava's purchase orders on an equal, non-discriminatory basis with all other distributors;

4) The court will hold an evidentiary hearing on plaintiff's motion for preliminary injunction at 9:00 a.m. on Monday, January 9, 2023.

5) Defendant may have until noon C.S.T. on Friday, December 30, 2022, to file any written response to plaintiff's motion for preliminary injunction consistent with local procedure; and

6) Plaintiff's counsel is to ensure service of this order on defendant and any known counsel as soon as possible orally, electronically and by paper.

Entered this 9th day of December, 2022.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge