IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

BRAVA SALON SPECIALISTS, LLC,

    Plaintiff,　　　　　　　　　　　　　　　　PRELIMINARY INJUNCTION

    v.　　　　　　　　　　　　　　　　　　　　22-cv-695-wmc

SWEDISH HAIRCARE, INC., d/b/a REF,

    Defendant.
_____

As is required by the Seventh Circuit, the court issues this preliminary injunction order to set forth its prior orders in this separate document.

IT IS ORDERED that pending final adjudication of the issues in the case, defendant is ENJOINED as follows:

1. Defendant Swedish Haircare Inc., d/b/a REF, must continue to refer all orders for REF products originating from or seeking shipment to Wisconsin, Minnesota, Iowa and North Dakota to Brava as its exclusive distributor of products in that territory.

2. REF must make all reasonable efforts to ensure that its authorized distributors and retailers of REF products in the United States of America discontinue the sale of all REF products online into the states of Wisconsin, Minnesota, Iowa and North Dakota, whether on Amazon.com or any other website.

3. REF must fulfill Brava's purchase orders on an equal, non-discriminatory basis with all other distributors.

Entered this 7th day of February, 2023.

                                      BY THE COURT:
                                      /s/
                                      WILLIAM M. CONLEY
                                      District Judge